IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          vs.<br><br>JADEN D. REIMAN,<br><br>                    Defendant. | **WITNESS LIST**<br><br>Case No.    8:23CR215<br>Deputy:     Sara Pankoke<br>Reporter:   Digital Recorder<br>Date:       January 14, 2025 |
|---|---|

FOR PLAINTIFF:

| Name | Date |
|---|---|
| Daniel Eads | January 14, 2025 |
| Jarrod Wineinger | January 14, 2025 |
| Brian Gerrity | January 14, 2025 |

FOR DEFENDANT:

| Name | Date |
|---|---|
|  |  |
|  |  |