IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:23CR215 |
| vs. | ) | |
| JOSE RODRIGO ALEJANDRO MUNIZ, JADEN D. REIMAN, and HENRY W. SCHLOTFELD, III, | ) | ORDER |
| Defendants. | ) | |

This matter is before the court on the defendant Henry W. Schlotfeld, III's Motion to Continue Trial [361] and defendant Jaden D. Reiman's Unopposed Motion to Continue [362]. Counsel for defendant Schlotfeld needs additional time to conduct plea negotiations. Counsel for defendant Reiman needs additional time to consider the Court's ruling regarding the Motion to Suppress. Counsel for the government and defendant Alejandro Muniz have been contacted and have no objection to the continuance. For good cause shown,

**IT IS ORDERED** that the Motions to Continue Trial [361] and [362] are granted, as follows:

1. The jury trial, **for all defendants**, now set for July 14, 2025, is continued to **September 15, 2025.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date** and **September 15, 2025,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

**DATED:** July 7, 2025.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief, U.S. District Court Judge