IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>JADEN D. REIMAN,<br>Defendant. | Case No 8:23CR215<br><br>**UNOPPOSED AMENDED MOTION TO CONTINUE TRIAL** |

COMES NOW, Jaden Reiman, by and through counsel, and respectfully requests this Honorable Court issue an Order continuing the September 15, 2025 trial date in the above entitled matter for the following reasons:

1. Undersigned Counsel has been in contact with Michael Bianchi and Dan Stockmann, Counsel for the codefendants in this matter, and Tom Kangior, Counsel for the Government, who do not oppose the continuance sought herein.

2. Counsel for Defendant learned from Counsel for the Government that some newly developed discovery will be made available for his review soon. Counsel for Defendant, with the help of the U.S. Marshal's office, intends to discuss such discovery with Defendant in determining whether Defendant wishes to exercise his right to trial

WHEREFORE, Defendant respectfully requests this Honorable Court Order a final continuance of the jury trial in this matter for the reasons set forth above.

    Respectfully submitted,
    Jaden D. Reiman, Defendant

    /s/ Michael J. Wilson
    Michael J. Wilson, 24224
    1414 Harney Street, Suite 400
    Omaha, NE 68102
    (402) 466-8444
    michael.wilson@berrylaw.com
    Counsel for Defendant

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing was served upon the Assistant U.S. Attorney, by electronically serving a copy of the same via CM/ECF, on this 3rd day of September, 2025.

                                       /s/ Michael J. Wilson
                                       Michael J. Wilson, 24224