IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:23cr215 |
| vs. | ) | |
| JOSE RODRIGO ALEJANDRO MUNIZ, JADEN D. REIMAN, and HENRY W. SCHLOTFELD, III, | ) | ORDER |
| Defendants. | ) | |

This matter is before the court on defendant, Jaden D. Reiman's Unopposed Motion to Continue Trial [372]. Counsel seeks additional time to conduct plea negotiations. For good cause shown,

**IT IS ORDERED** that the Defendant's Unopposed Motion to Continue Trail [372] is granted, as follows:

1. The jury trial, **for all defendants**, now set for October 20, 2025, is continued to **November 17, 2025.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and November 17, 2025**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

3. **No further continuances will be granted.**

**DATED: October 6, 2025.**

BY THE COURT:

Robert F. Rossiter, Jr.
**Chief, U.S. District Court Judge**