# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:23CR215 |
| vs. | ) | |
| JOSE RODRIGO ALEJANDRO MUNIZ, JADEN D. REIMAN, and HENRY W. SCHLOTFELD, III, | ) | ORDER |
| Defendants. | ) | |

This matter is before the court on the defendant Jose Rodrigo Alejandro Muniz's Unopposed Motion to Continue Trial [377]. Counsel needs additional time to conclude plea negotiations. Counsel for the government and co-defendants have been contacted and have no objection to the continuance. For good cause shown,

**IT IS ORDERED** that the Motion to Continue Trial [377] is granted, as follows:

1. The jury trial, **for all defendants**, now set for November 17, 2025, is continued to **January 5, 2026.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date** and **January 5, 2026,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

3. No further continuances will be granted.

**DATED:** October 27, 2025.

BY THE COURT:

Robert F. Rossiter, Jr.
**Chief, U.S. District Court Judge**