IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JADEN D. REIMAN,<br><br>Defendant. | 8:23CR215<br><br><br>ORDER |

This matter is before the Court on defendant Jaden D. Reiman's ("Reiman") Motion for Leave to Appeal In Forma Pauperis (Filing No. 480). In support, Reiman maintains that he remains indigent, consistent with prior determinations of the Court (Filing No. 36).

For good cause shown, Reiman's motion is granted, and he is permitted to proceed on appeal in forma pauperis. *See* Fed. R. App. P. 24(a)(3).

IT IS SO ORDERED.

Dated this 6th day of May 2026.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge